IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CELESTINE M. ANDERSON,

  Appellant,

v.

JAMES ARTHUR WILLIAMS,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3699

Opinion filed June 7, 2016.

An appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

Celestine M. Anderson, pro se, Appellant.

James Arthur Williams, pro se, Appellee.

PER CURIAM.

  AFFIRMED.

RAY, BILBREY, and WINSOR, JJ., CONCUR.